# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL SANTANA SALGADO,<br><br>        Petitioner,<br><br>  vs.<br><br>KATHY ALLISON, Warden,<br><br>        Respondent. | Case No. EDCV 10-1822-MMM (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

       IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: September 30, 2011

                                    MARGARET M. MORROW<br>
                                    UNITED STATES DISTRICT JUDGE