JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL SANTANA SALGADO,<br><br>Petitioner,<br><br>vs.<br><br>KATHY ALLISON, Warden,<br><br>Respondent. | Case No. EDCV 10-1822-MMM (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 30, 2011

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE