JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL SANTANA SALGADO, | Case No. EDCV 10-1822-MMM (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| KATHY ALLISON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 30, 2011

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE