I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL ~Petitioner~
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 10·13·11

DEPUTY CLERK

IS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

OCT 1 3 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL SANTANA SALGADO, | Case No. EDCV 10-1822-MMM (RNB) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| KATHY ALLISON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: SEP 3 0 2011

Margaret M. Morrow

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

DOCKETED ON CM

OCT 1 3 2011

BY _____ 178